# United States Court of Appeals
## For the First Circuit

No. 15-1384

ROBERT S. SNYDER,

Plaintiff, Appellant,

v.

SERAFINA COLLURA; RALPH GAUDET; PATRICK POWELL; CITY OF WALTHAM;

Defendants, Appellees,

JEANNETTE A. MCCARTHY; BERNADETTE D. SEWELL;

Defendants.

**ERRATA SHEET**

The opinion of this Court issued on January 27, 2016, is amended as follows:

On page 4, line 5, "right" is replaced with "rights"